UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REUDY and KEVIN HICKS dba ADVERTISING DISPLAY SYSTEMS,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLEARCHANNEL OUTDOORS, INC., a Delaware Corporation,<br><br>  Defendant. | No. C-02-5438 SC<br><br>ORDER ADOPTING REPORT <u>OF SPECIAL MASTER</u> |

The Court has received the December 6, 2005 Report and Recommendation by the Special Master regarding Plaintiffs' Motion for Leave to File a Third Amended Complaint and hereby adopts said Recommendation as the ORDER of the Court.

IT IS SO ORDERED.

Dated: December 9, 2005

_____
UNITED STATES DISTRICT JUDGE