UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND REUDY, and KEVIN HICKS dba ADVERTISING DISPLAY SYSTEMS, and ADS-1, a California limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation, WILLIAM HOOPER, an individual, CBS CORPORATION, a Delaware corporation, PATRICK ROCHE, an individual and DOES 1-50,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C-06-5409 SC<br><br>FINAL JUDGMENT |

The Court, having read and reviewed the reports, findings and recommendations of the Special Master, with regard to the two recommendations dated December 4, 2007, hereby accepts the said recommendations and hereby ORDERS entry of final judgment in favor of CBS Corporation, Patrick Roche, Clear Channel, Inc., and/or William Hooper, and that ADS take nothing from Defendants CBS and Patrick Roche, all causes of action against CBS and Patrick Roche be dismissed with prejudice.

It is further ORDERED that CBS Corporation and Patrick Roche shall have and recover their costs and disbursements in an amount

to be presented to the Special Master for approval, with notice to Plaintiffs.

It is further ORDERED that this action be dismissed with prejudice as to all causes of action.

IT IS SO ORDERED.

Dated: December 11, 2007

_____
UNITED STATES DISTRICT JUDGE