Gerald M. Murphy, State Bar No. 99994
Justin L. Allamano, State Bar No. 229764
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    gmurphy@luce.com

Attorneys for Plaintiffs RAYMOND REUDY
and KEVIN HICKS dba ADVERTISING
DISPLAY SYSTEMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND REUDY and KEVIN HICKS dba ADVERTISING DISPLAY SYSTEMS,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARCHANNEL OUTDOOR, INC. a Delaware corporation,<br><br>Defendant, | Case No. C 02 5438 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE JUDGMENT AND STAY ENTIRE ACTION** |

Plaintiff Raymond Reudy and Kevin Hicks dba Advertising Display Systems ("ADS") and Defendant Clear Channel Outdoor, Inc. ("Clear Channel") hereby stipulate to set aside judgment in Case No. C 02 5438 SC and stay the entire action as follows.

WHEREAS:

1. In June of 2002, ADS filed Case No. C 02 5438 SC against Clear Channel, involving Clear Channel's operation, maintenance and use of certain billboards, rooftops and wall signs in San Francisco. The only remaining cause of action is under Business and Professions Code section 17200 (the "17200 Lawsuit"). In April 2003, the Court issued a stay of the 17200 Lawsuit. In June 2004, the stay was partially lifted to commence discovery regarding 25 signs. In November 2006, Defendant Clear Channel filed a Motion for Summary Judgment, Judgment on

the Pleadings or Dismissal on the grounds that the Court should abstain from entertaining the 17200 Lawsuit in light of the City's adoption of new sign ordinances. Clear Channel's motions came on for hearing before Special Master Eugene F. Lynch in March 2007. Judge Lynch concluded that the Court's jurisdiction should be suspended and he recommended entry of a stay of the entire 17200 Lawsuit. Judge Lynch further recommended that the Court set a status conference to be advised of the City's progress with regard to the new sign ordinances. In April 2007, the Court adopted the recommendations and report of Judge Lynch and stayed the 17200 Lawsuit. The Court also set a status conference for November 16, 2007, which the Court later continued to January 25, 2008.

2. In 2006, ADS and ADS-1 (collectively, "Plaintiffs") filed a subsequent lawsuit, Case No. C 06 5409 SC, against Clear Channel, William Hooper, CBS Corporation and Patrick Roche. The second lawsuit alleged interference with prospective economic advantage, public and private nuisance, Sherman Act violations and unjust enrichment (the "2006 Lawsuit"). Following a hearing, Judge Lynch recommended on December 4, 2007 that the 2006 Lawsuit be dismissed with prejudice, and judgment was entered thereon December 11, 2007.

3. On January 10, 2008, an amended judgment was entered purporting to be based on the December 4, 2007 recommendations. The parties believe that insofar as the amended judgment dismissed the 17200 Lawsuit with prejudice, a result not yet addressed in Judge Lynch's December 4, 2007 recommendations, the amended judgment was entered in error as to the 17200 Lawsuit.

///
///
///
///
///
///
///

THE PARTIES HEREBY STIPULATE:

1. That the final Amended Judgment as it relates to the 17200 Lawsuit (Case No. C 02 5438) only be set aside and that it is stipulated that the 17200 Lawsuit remains stayed in its entirely;

2. That nothing herein is intended to alter, amend or disturb in any way the Court's final judgment of dismissal with prejudice of the 2006 Lawsuit (Case No. C 06 5409 SC); and

3. That the Court set a status conference in the 17200 Lawsuit (Case No. C 02 5438) to be advised of the City of San Francisco's progress with respect to its new sign ordinances on February 22, 2008, at 10:00 a.m., or as soon thereafter as the Court's calendar permits.

DATED: January 23, 2008        REED SMITH LLP

By: _____
    Scott D. Baker
    Attorneys for Clear Channel Outdoor, Inc.

DATED: January 24, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____ for
    Gerald M. Murphy
    Attorneys for Raymond Reudy and Kevin Hicks dba
    Advertising Display Systems

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 28, 2008        _____
                               United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*